UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LEACH, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., a Delaware corporation,<br><br>Defendant. | Case Number: 1:14-CV-12245-LTS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND INCENTIVE AWARDS** |

Plaintiffs Charles Leach, Scott Johnsen, Derek Scott, Robert Burke, and Mark Riley ("Plaintiffs") respectfully move the Court for an award of attorneys' fees, litigation expenses, and incentive awards, as outlined in the Settlement Agreement ("Agreement") entered into between the Plaintiffs and Honeywell International Inc. [Doc. 94-3.] Plaintiffs' motion is based on the accompanying Memorandum of Law, the declarations submitted herewith, documents of record in this matter, and the arguments of Class Counsel.

WHEREFORE, Plaintiffs respectfully request this Court grant this Motion for Award of Attorneys' Fees, Litigation Expenses, and Incentive Awards, and Order Honeywell to pay (1) $1,150,000 to Class Counsel for attorneys' fees and litigation expenses, as outlined in the accompanying memorandum of law and proposed order, and (2) incentive awards to the named Plaintiffs as follows: $4,000 to Charles Leach; $4,000 to Scott Johnsen; $4,000 to Derek Scott; $2,000 to Robert Burke; and $2,000 to Mark Riley.

Dated:  July 25, 2017 					Respectfully submitted,

/s/ *Charles J. LaDuca*
Charles J. LaDuca

CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Robert K. Shelquist, *(pro hac vice)*
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com

Melissa W. Wolchansky
HALUNEN LAW
1650 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
wolchansky@halunenlaw.com

Erica C. Mirabella (Bar No. 676750)
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Telephone: (617) 580-8270
Facsimile: (617) 583-1905
emirabella@gnemlaw.com

Michael A. McShane
AUDET & PARTNERS, LLP
221 Main Street, Suite 1460
San Francisco, California 94105
Telephone: (415) 568-2555
Facsimile: (415) 576-1776
mmcshane@audetlaw.com

***Counsel for Plaintiffs and the Settlement Class***

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify pursuant to Local Rule 7.1(a)(2) that the moving party has conferred in good faith with opposing counsel on the matter set forth herein and that opposing counsel does not oppose the relief sought herein.

                                        */s/ Charles J. LaDuca*
                                        Charles J. LaDuca

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants, this 25th day of July, 2017.

                                        */s/ Charles J. LaDuca*
                                        Charles J. LaDuca