UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:14-cv-12245-LTS

CHARLES LEACH,
*Individually and on behalf of all others similarly*
*Plaintiff,*

v.

HONEYWELL INTERNATIONAL, INC.
*Defendant*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's ruling on September 11, 2017 (CM/ECF No. 105) allowing [98] Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and [101] Plaintiff's Unopposed Motion for Award of Attorneys' Fees, Litigation Expenses and Incentive Awards, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

September 12, 2017